UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KWABENA ADJEI,

Claimant,

-against-

US SMALL BUSINESS ADMINISTRATION,

Respondent.

26-MC-397 (JGLC)

**ORDER TO ANSWER**

JESSICA G. L. CLARKE, United States District Judge:

The Court hereby ORDERS that:

The Claimant shall serve a copy of this Order and of the Petition, ECF No. 1, on the United States Small Business Administration by certified mail to the Office of General Counsel, 409 3rd St. SW, Washington, DC 20416, no later than **August 17, 2026**. The Claimant shall file proof of such service upon the docket, no later than **August 18, 2026**.

By **October 12, 2026**, Respondent shall file and serve (1) an answer to the petition and (2) the applicable administrative record.

Claimant may file and serve reply papers, if any, within **thirty days** from the date he is served with Respondent's answer.

SO ORDERED.

Dated: August 14, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge